Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

Send Payments to:
Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX  75265-0856

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK  73124



9314 7100 1170 1041 4865 21

**RETURN RECEIPT REQUESTED**

20200612-260

SUSAN P COX
18 WILEY ST
BANGOR, ME  04401-3732

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO



EXHIBIT
C

W_ME_RTC



Sent Via Certified Mail™ with Return Receipt
9314 7100 1170 1041 4865 21

06/12/2020

SUSAN P COX
18 WILEY ST
BANGOR, ME 04401-3732

Loan Number:
Property Address: 18 WILEY ST
BANGOR, ME 04401-3732

## NOTICE OF RIGHT TO CURE

Dear SUSAN P COX:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan acting on behalf of LSF10 MASTER PARTICIPATION TRUST ("Lender"), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 07/24/2020 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $33,214.43, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 03/01/2017 |
| Total Monthly Payments Due: | | $28,328.36 |
| | 03/01/2017 | $572.61 |
| | 04/01/2017 | $572.61 |
| | 05/01/2017 | $572.61 |
| | 06/01/2017 | $572.61 |
| | 07/01/2017 | $572.61 |
| | 08/01/2017 | $572.61 |
| | 09/01/2017 | $572.61 |
| | 10/01/2017 | $572.61 |
| | 11/01/2017 | $572.61 |
| | 12/01/2017 | $572.61 |
| | 01/01/2018 | $572.61 |
| | 02/01/2018 | $572.61 |

|            |          |
|------------|----------|
| 03/01/2018 | $572.61  |
| 04/01/2018 | $572.61  |
| 05/01/2018 | $572.61  |
| 06/01/2018 | $572.61  |
| 07/01/2018 | $572.61  |
| 08/01/2018 | $572.61  |
| 09/01/2018 | $572.61  |
| 10/01/2018 | $572.61  |
| 11/01/2018 | $929.56  |
| 12/01/2018 | $929.56  |
| 01/01/2019 | $929.56  |
| 02/01/2019 | $876.43  |
| 03/01/2019 | $876.43  |
| 04/01/2019 | $876.43  |
| 05/01/2019 | $876.43  |
| 06/01/2019 | $876.43  |
| 07/01/2019 | $775.38  |
| 08/01/2019 | $775.38  |
| 09/01/2019 | $775.38  |
| 10/01/2019 | $819.91  |
| 11/01/2019 | $819.91  |
| 12/01/2019 | $819.91  |
| 01/01/2020 | $819.91  |
| 02/01/2020 | $819.91  |
| 03/01/2020 | $819.91  |
| 04/01/2020 | $819.91  |
| 05/01/2020 | $819.91  |
| 06/01/2020 | $819.91  |

| | |
|---|---|
| Late Charges: | $397.34 |
| Corporate Advance Balance: | $4,488.73 |
| Unapplied Balance: | ($0.00) |

**TOTAL YOU MUST PAY TO CURE DEFAULT:** $33,214.43

You can cure this default by making a payment of $33,214.43 by 07/24/2020 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. If you make a payment of $33,214.43 by 07/24/2020, you will be restored to all rights under the Security Instrument as though the default had not occurred. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments but are not required to cure the default. Please include your loan number and property address with your payment and send to:

Caliber Home Loans, Inc.
PO Box 650856
Dallas, TX 75265-0856

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If immediate payment in full is required, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective if you meet the following conditions: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the property and rights under the Security Instrument; and 4) do whatever Lender reasonably requires to assure that Lender's interest in the property, Lender's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. or a counseling agency approved by the United States Department of Housing and Urban Development. A list of approved counseling agencies is included with this letter.

You may contact the following persons with authority to modify your mortgage loan:

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

**Caliber Home Loans, Inc. is a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Unless you notify us within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of

such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 621-1437, or (800) 735-2989 (TDD) if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437
(800) 735-2989 (TDD)

## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: mdrost@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>E-mail: mdrost@mainehousing.org<br>Website: www.mainehousing.org | 353 Water St<br>Augusta, Maine 04330-6113 |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>BANGOR, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-442-0122<br>E-mail: theresa.dow@mmcacorp.org<br>Website: midcoastmainecommunityaction.org | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>Fax: 207-866-6553<br>E-mail: info@fourdirectionsmaine.org<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Dr.<br>Orono, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: https://www.prosperityme.org | 62 Elm St Ste 2<br>Portland, Maine 04101-3092 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: N/A<br>Website: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: mesha.quinn@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water St<br>Waterville, Maine 04901-6339 |



Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA 92589-9081

Send Payments to:
Caliber Home Loans, Inc.
P.O. Box 650856
Dallas, TX 75265-0856

Send Correspondence to:
Caliber Home Loans, Inc.
P.O. Box 24610
Oklahoma City, OK 73124



9314 7100 1170 1041 4865 14

**RETURN RECEIPT REQUESTED**

20200612-260

SUSAN P COX
615 PUSHAW RD
BANGOR, ME 04401-2121

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

W_ME_RTC



Sent Via Certified Mail™ with Return Receipt
9314 7100 1170 1041 4865 14

06/12/2020

SUSAN P COX
615 PUSHAW RD
BANGOR, ME 04401-2121

Loan Number:
Property Address:    18 WILEY ST
BANGOR, ME 04401-3732

## NOTICE OF RIGHT TO CURE

Dear SUSAN P COX:

You are hereby provided formal notice by Caliber Home Loans, Inc., the Servicer of the above-referenced loan acting on behalf of LSF10 MASTER PARTICIPATION TRUST ("Lender"), that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 07/24/2020 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). If you do not correct the default by this date, Caliber Home Loans, Inc. may require that you pay immediately the entire amount then remaining unpaid under the Note and under the Security Instrument ("immediate payment in full"), and Caliber Home Loans, Inc. or another party may acquire the property by means of foreclosure and sale.

As of the date of this notice, the total amount required to cure the default is $33,214.43, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 03/01/2017 |
| Total Monthly Payments Due: | | $28,328.36 |
| | 03/01/2017 | $572.61 |
| | 04/01/2017 | $572.61 |
| | 05/01/2017 | $572.61 |
| | 06/01/2017 | $572.61 |
| | 07/01/2017 | $572.61 |
| | 08/01/2017 | $572.61 |
| | 09/01/2017 | $572.61 |
| | 10/01/2017 | $572.61 |
| | 11/01/2017 | $572.61 |
| | 12/01/2017 | $572.61 |
| | 01/01/2018 | $572.61 |
| | 02/01/2018 | $572.61 |

W_ME_RTC    Rev. 04/2020
Page 1 of 6
    9314710011701041486514

| Date | Amount |
|---|---|
| 03/01/2018 | $572.61 |
| 04/01/2018 | $572.61 |
| 05/01/2018 | $572.61 |
| 06/01/2018 | $572.61 |
| 07/01/2018 | $572.61 |
| 08/01/2018 | $572.61 |
| 09/01/2018 | $572.61 |
| 10/01/2018 | $572.61 |
| 11/01/2018 | $929.56 |
| 12/01/2018 | $929.56 |
| 01/01/2019 | $929.56 |
| 02/01/2019 | $876.43 |
| 03/01/2019 | $876.43 |
| 04/01/2019 | $876.43 |
| 05/01/2019 | $876.43 |
| 06/01/2019 | $876.43 |
| 07/01/2019 | $775.38 |
| 08/01/2019 | $775.38 |
| 09/01/2019 | $775.38 |
| 10/01/2019 | $819.91 |
| 11/01/2019 | $819.91 |
| 12/01/2019 | $819.91 |
| 01/01/2020 | $819.91 |
| 02/01/2020 | $819.91 |
| 03/01/2020 | $819.91 |
| 04/01/2020 | $819.91 |
| 05/01/2020 | $819.91 |
| 06/01/2020 | $819.91 |

| | |
|---|---|
| Late Charges: | $397.34 |
| Corporate Advance Balance: | $4,488.73 |
| Unapplied Balance: | ($0.00) |

**TOTAL YOU MUST PAY TO CURE DEFAULT:** $33,214.43

You can cure this default by making a payment of $33,214.43 by 07/24/2020 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). The amount required to cure the default will remain constant until this date. If you make a payment of $33,214.43 by 07/24/2020, you will be restored to all rights under the Security Instrument as though the default had not occurred. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the default.

The total amount due does not include any amounts that become due after the date of this notice. Other amounts, including additional monthly payments, late charges and other charges, may continue to accrue during this period as provided for under the Note, Security Instrument and applicable law. These amounts must also be paid in order for you to be current on your mortgage payments but are not required to cure the default. Please include your loan number and property address with your payment and send to:

Caliber Home Loans, Inc.
PO Box 650856
Dallas, TX 75265-0856

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

If immediate payment in full is required, you will have the right to have enforcement of the Security Instrument discontinued and to have the Note and the Security Instrument remain fully effective if you meet the following conditions: 1) pay the full amount that then would be due under the Security Instrument and the Note as if immediate payment in full had never been required; 2) correct your failure to keep any of your other promises or agreements made in the Security Instrument; 3) pay all reasonable expenses in enforcing the Security Instrument including, for example, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the property and rights under the Security Instrument; and 4) do whatever Lender reasonably requires to assure that Lender's interest in the property, Lender's rights under the Security Instrument, and your obligations under the Note and under the Security Instrument continue unchanged.

**To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.**

You may have options available to you other than foreclosure. You are encouraged to explore available options prior to the end of the "right to cure" period by contacting Caliber Home Loans, Inc. or a counseling agency approved by the United States Department of Housing and Urban Development. A list of approved counseling agencies is included with this letter.

You may contact the following persons with authority to modify your mortgage loan:

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437

If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

**Caliber Home Loans, Inc. is a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Unless you notify us within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty (30) days after the receipt of this letter, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.**

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Caliber Home Loans, Inc.

**Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of

such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, **AND** joined after signing the Note and Security Instrument now in default, please notify Caliber Home Loans, Inc. immediately. When contacting Caliber Home Loans, Inc. as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 621-1437, or (800) 735-2989 (TDD) if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

Where mediation is available under state law (14 MRSA §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

This matter is very important. We encourage you to explore all available options upon receipt of this notice.

Please give it your immediate attention.

Sincerely,

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
(800) 621-1437
(800) 735-2989 (TDD)

## Agencies located in MAINE

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>Toll-free: 800-452-4668<br>Fax: 207-626-4678<br>E-mail: mdrost@mainehousing.org<br>Website: www.mainehousing.org | 353 Water Street<br>AUGUSTA, Maine 04330-4665 |
| MAINE STATE HOUSING AUTHORITY | Phone: 207-626-4670<br>E-mail: mdrost@mainehousing.org<br>Website: www.mainehousing.org | 353 Water St<br>Augusta, Maine 04330-6113 |
| PENQUIS COMMUNITY ACTION PROGRAM | Phone: 207-974-2403<br>Toll-free: 888-424-0151<br>Fax: 207-973-3699<br>E-mail: hmassow@penquis.org<br>Website: www.penquis.org | 262 Harlow Street<br>BANGOR, Maine 04401-4952 |
| MIDCOAST MAINE COMMUNITY ACTION | Phone: 207-442-7963<br>Toll-free: 800-221-2221<br>Fax: 207-442-0122<br>E-mail: theresa.dow@mmcacorp.org<br>Website: midcoastmainecommunityaction.org | 34 Wing Farm Pkwy<br>Bath, Maine 04530-1515 |
| COASTAL ENTERPRISES, INCORPORATED | Phone: 207-504-5900<br>Toll-free: 877-340-2649<br>E-mail: jason.thomas@ceimaine.org<br>Website: www.ceimaine.org | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| FOUR DIRECTIONS DEVELOPMENT CORPORATION | Phone: 207-866-6545<br>Fax: 207-866-6553<br>E-mail: info@fourdirectionsmaine.org<br>Website: www.fourdirectionsmaine.org | 20 Godfrey Dr.<br>Orono, Maine 04473-3610 |
| AVESTA HOUSING DEVELOPMENT CORPORATION | Phone: 207-553-7780-3347<br>Toll-free: 800-339-6516<br>Fax: 207-553-7778<br>E-mail: ndigeronimo@avestahousing.org<br>Website: www.avestahousing.org | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY | Phone: 207-797-7890<br>E-mail: crwaganje@prosperityme.org<br>Website: https://www.prosperityme.org | 62 Elm St Ste 2<br>Portland, Maine 04101-3092 |
| AROOSTOOK COUNTY ACTION PROGRAM, INC. | Phone: 207-764-3721<br>E-mail: N/A<br>Website: www.acap-me.org | 771 Main St<br>Presque Isle, Maine 04769-2201 |
| YORK COUNTY COMMUNITY ACTION AGENCY | Phone: 207-459-2903<br>Fax: 207-490-5026<br>E-mail: mesha.quinn@yccac.org<br>Website: www.yccac.org | 6 Spruce Street<br>SANFORD, Maine 04073-2917 |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | Phone: 207-333-6419<br>Fax: 207-795-4069<br>E-mail: homequest@community-concepts.org<br>Website: https://www.ccimaine.org/ | 17 Market Sq<br>South Paris, Maine 04281-1533 |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | Phone: 800-542-8227<br>E-mail: N/A<br>Website: www.kvcap.org | 97 Water St<br>Waterville, Maine 04901-6339 |

https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=ME

VCP45



Caliber Home Loans, Inc.
PO Box 9081
Temecula, CA  92589-9081

PS form 3877
Type of Mailing:  CERTIFIED
June 12, 2020



| Line | Article Number | Name, Street & P.O. Address | | Postage | Fee | R.R./RRE Fee | Rest. Del. Fee | Reference | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 9314 7100 1170 1041 4865 14 | SUSAN P COX<br>615 PUSHAW RD<br>BANGOR, ME 04401-2121 | | $0.650 | $3.55 | $2.85 | $0.00 | | |
| 2 | 9314 7100 1170 1041 4865 21 | SUSAN P COX<br>18 WILEY ST<br>BANGOR, ME 04401-3732 | | $0.650 | $3.55 | $2.85 | $0.00 | | |
| | | | Totals | $1.30 | $7.10 | $5.70 | $0.00 | | |
| | | | | | | | Grand Total: | | $14.10 |

| List Number of Pieces<br>Listed by Sender<br>2 | Total Number of Pieces<br>Received at Post office | Postmaster:<br>Name of receiving employee | Dated: | |
|---|---|---|---|---|
| Certified Mail Only: | 0 | Total Certified mail w/RR: | 2 | Total Certified Mail w/RRE: | 0 |

Page 1 of 1
260

```
From: Nobody <SMTP:nobody@informe.org>
Sent: 6/12/2020 3:54:15 PM
To: WALZ_CALIBER
WALZ ID: 260_WALZ_CALIBER@covius.com
[External Email] This message originated from outside your organization


Your pre-foreclosure reporting form has been successfully submitted to the Bureau
of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Caliber Home Loans, Inc.
Owner of the mortgage:LSF10 MASTER PARTICIPATION TRUST
What term best describes the owner of the mortgage?:Securitized Pool
Filer's Email Address:WALZ_CALIBER@lenderlive.com
Contact information for persons having the authority to modify the mortgage to
avoid foreclosure:Kendal Brown 13801 Wireless Way, Oklahoma City, OK 73134
800-321-1437 ext. 2626 BreachInbox@caliberhomeloans.com


-----
Consumer Information
-----

Consumer First name:SUSAN
Consumer Middle Initial/Middle Name: P
Consumer Last name:COX
Consumer Suffix:
Property Address line 1:18 WILEY ST
Property Address line 2:
Property Address line 3:
Property Address City/Town:BANGOR
Property Address State:
Property Address zip code:04401
Property Address County:Penobscot

-----
Notification Details
-----

Date notice was mailed:6/12/2020
Amount needed to cure the default:33214.43
Consumer Address line 1:615 PUSHAW RD
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:BANGOR
Consumer Address State:ME
Consumer Address zip code:04401
```

# Transaction Report

**Reference #:**

| | Article Number | Ref # | Record Indicator | Service Type | Name & Address Show All | Date Mailed | Status | Carrier Pstg. Fees |
|---|---|---|---|---|---|---|---|---|
| 1 | 2353772040 | | ME_RTC | Certificate of Mailing | SUSAN P COX 18 WILEY ST BANGOR, ME 04401-3732 | 05/18/2020 | USPS® Event - Confirm Event | 2.150 + CofM |
| 2 | 9314710011701040190542 | | ME_RTC | Certified Mail™ | SUSAN P COX 18 WILEY ST BANGOR, ME 04401-3732 | 05/18/2020 | DELIVERED TO ORIGINAL SENDER at TEMECULA,CA | 7.050 |
| 3 | 2354263974 | | ME_RTC | Certificate of Mailing | SUSAN P COX 615 PUSHAW RD BANGOR, ME 04401-2121 | 06/12/2020 | USPS® Event - Confirm Event | 2.150 + CofM |
| 4 | 9314710011701041486514 | | ME_RTC | Certified Mail™ | SUSAN P COX 615 PUSHAW RD BANGOR, ME 04401-2121 | 06/12/2020 | DELIVERED LEFT WITH INDIVIDUAL at BANGOR,ME | 7.050 |
| 5 | 2354263975 | | ME_RTC | Certificate of Mailing | SUSAN P COX 18 WILEY ST BANGOR, ME 04401-3732 | 06/12/2020 | USPS® Event - Confirm Event | 2.150 + CofM |
| | 6 Records | | | | | | | $27.600 |
| 1 | | Page: 1 of 1 Go | Page size: 10 | Change | | | | Item 1 to 6 of 6 |

| | Article Number | Ref # | Record Indicator | Service Type | Name & Address Show All | Date Mailed | Status | Carrier Pstg. Fees |
|---|---|---|---|---|---|---|---|---|
| 6 | 9314710011701041486521 | | ME_RTC | Certified Mail™ | SUSAN P COX 18 WILEY ST BANGOR, ME 04401-3732 | 06/12/2020 | REMINDER TO SCHEDULE REDELIVERY at BANGOR,ME | 7.050 |
| | 6 Records | | | | | | | $27.600 |
| | 1 | | | Page: 1 of 1 Go  Page size: 10 Change | | | | Item 1 to 6 of 6 |

Copyright © 2020 LenderLive, LLC.
All Rights Reserved.

[Terms of Use](#)

Generated: 6/22/2020 9:42:14 AM