

| | |
|---|---|
| 13801 Wireless Way | Account Number: |
| Oklahoma City, OK 73134 | As Of: **August 1, 2020** |
| | Good Through: **August 28, 2020** |
| | Late Charge Freeze Date: **November 2, 2017** |

## ACCOUNT SUMMARY

| | |
|---|---|
| Prior Servicer's Account Number: | |
| Primary Borrower Name: | SUSAN P COX |
| Secondary Borrower Name: | |
| Origination Date: | 5/9/2007 |
| Origination Balance: | $96,000.00 |
| Due Date: | 3/1/2017 |
| Interest Rate: | 2.12500% |
| P & I: | $283.11 |
| Investor: | 20327 |
| Trustee Name: | |
| REO Owner: | |
| Property Address: | 18 WILEY ST |
| | BANGOR, ME 04401 |

| | |
|---|---|
| ☑ Principal Balance: | $86,564.94 |
| ☑ Escrow Balance: | $15,026.89 |
| ☑ Interest Calc Line 1: | 2.125 02/01/17 09/01/19 4751.99 |
| ☑ Interest Calc Line 2: | 3.125 09/01/19 08/01/20 2479.73 |
| ☑ Interest Calc Line 3: | 3.125 08/01/20 08/28/20 200.11 |
| ☑ Interest Calc Line 4: | |
| ☑ Per Diem Add: | $7.41 |
| ☑ Extension Interest: | $0.00 |
| ☑ Uncollected Interest: | $0.00 |
| ☑ Total Interest: | $7,431.83 |
| ☑ Defer Prin: | $0.00 |
| ☑ Defer Mod Int: | $0.00 |
| ☑ Defer Paid Exp: | $0.00 |
| ☑ Defer Unpaid Exp: | $0.00 |
| ☑ Defer Fees: | $0.00 |
| ☑ Defer Late Chrg: | $0.00 |
| ☑ Defer Esc: | $0.00 |
| ☑ Defer Skip Int: | $0.00 |
| ☑ Flood Balance: | $0.00 |
| ☑ Insurance Balance: | $0.00 |
| ☑ Tax Balance: | $0.00 |
| ☑ FCL TITLE FEES: | $275.00 |
| ☑ OTHER LEINS (TAS/UTILITIES): | $398.73 |
| ☑ PP-DEBRIS REMOVE I/E HUD ALLOW: | $2,275.00 |
| ☑ PP-HEALTH HAZARD REMOVAL I/E: | $320.00 |
| ☑ PP-HEALTH HAZARD REMOVAL/MOLD: | $1,430.00 |
| ☑ PP-INSPECTION EXTERIOR: | $780.00 |
| ☑ PP-INTERIOR INSPECTION: | $40.00 |
| ☑ PP-LAWN CARE RECUT: | $570.00 |
| ☑ PP-LOCK CHANGE: | $60.00 |
| ☑ PP-REPAIR - EMERGENCY REPAIRS: | $1,740.00 |
| ☑ PP-REPAIR - PLUMBING REPAIRS: | $150.00 |
| ☑ PP-TRIM SHRUBS: | $720.00 |
| ☑ PP-TRIP CHARGE: | $80.00 |
| ☑ PP-VACANT PROP REG CITY/CNTY: | $515.00 |
| ☑ PP-WINTERIZE-DEWINTERIZE: | $125.00 |
| ☑ TAX OUT OF CYCLE REDEMPTION: | $30.00 |
| ☑ Late Charge: | $397.34 |
| ☑ Less Unapplied Funds: | $0.00 |

| | |
|---|---|
| **Total Due:** | **$118,929.73** |





HISTORY OF ACCOUNT
FORCE PLACED CHARGES

SUSAN P COX  ACCOUNT #
 08/03/2020
18 WILEY ST  REPORT ID: 311352
BANGOR, ME 04401

THIS IS A STATEMENT OF YOUR FORCE PLACED CHARGES
FROM 01/01/0001 TO 08/28/2020

| Fee Code | Description | Amount Paid | Bill Paid Date | Amount Outstanding |
|---|---|---|---|---|

| Description | Amounts |
|---|---|
| Flood Balance | $0.00 |
| Insurance Balance | $0.00 |
| Tax Balance | $0.00 |
| Overall Balance | $0.00 |



HISTORY OF ACCOUNT
FEE CHARGES

SUSAN P COX                                                                                           ACCOUNT #
                                                                                                      08/03/2020
18 WILEY ST                                                                                   REPORT ID: 345850
BANGOR, ME 04401

THIS IS A STATEMENT OF YOUR FEE CHARGES
FROM 04/05/2016 TO 08/28/2020

|   | Date | Charge / Payment | Balance | Notes |
|---|------|------------------|---------|-------|
| ☑ | 04/05/2016 | $154.52 | $154.52 | OTHER LEINS (TAS/UTILITIES) |
| ☑ | 04/05/2016 | $244.21 | $398.73 | OTHER LEINS (TAS/UTILITIES) |
| ☑ | 04/05/2016 | $15.00 | $413.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/05/2016 | $15.00 | $428.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/05/2016 | $15.00 | $443.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/05/2016 | $15.00 | $458.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/05/2016 | $15.00 | $473.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/05/2016 | $15.00 | $488.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/05/2016 | $15.00 | $503.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/25/2016 | $15.00 | $518.73 | PP-INSPECTION EXTERIOR |
| ☑ | 05/12/2016 | $15.00 | $533.73 | PP-INSPECTION EXTERIOR |
| ☑ | 06/16/2016 | $15.00 | $548.73 | PP-INSPECTION EXTERIOR |
| ☑ | 07/15/2016 | $15.00 | $563.73 | PP-INSPECTION EXTERIOR |
| ☑ | 08/15/2016 | $15.00 | $578.73 | PP-INSPECTION EXTERIOR |
| ☑ | 09/09/2016 | $15.00 | $593.73 | PP-INSPECTION EXTERIOR |
| ☑ | 10/24/2016 | $15.00 | $608.73 | PP-INSPECTION EXTERIOR |
| ☑ | 11/16/2016 | $15.00 | $623.73 | PP-INSPECTION EXTERIOR |
| ☑ | 12/09/2016 | $15.00 | $638.73 | PP-INSPECTION EXTERIOR |
| ☑ | 02/08/2017 | $15.00 | $653.73 | PP-INSPECTION EXTERIOR |
| ☑ | 03/13/2017 | $15.00 | $668.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/11/2017 | $15.00 | $683.73 | PP-INSPECTION EXTERIOR |
| ☑ | 05/12/2017 | $15.00 | $698.73 | PP-INSPECTION EXTERIOR |
| ☑ | 06/08/2017 | $15.00 | $713.73 | PP-INSPECTION EXTERIOR |
| ☑ | 07/14/2017 | $15.00 | $728.73 | PP-INSPECTION EXTERIOR |
| ☑ | 08/31/2017 | $15.00 | $743.73 | PP-INSPECTION EXTERIOR |
| ☑ | 10/03/2017 | $15.00 | $758.73 | PP-INSPECTION EXTERIOR |
| ☑ | 10/10/2017 | $15.00 | $773.73 | PP-INSPECTION EXTERIOR |
| ☑ | 11/07/2017 | $15.00 | $788.73 | PP-INSPECTION EXTERIOR |
| ☑ | 12/18/2017 | $15.00 | $803.73 | PP-INSPECTION EXTERIOR |
| ☑ | 02/05/2018 | $15.00 | $818.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/13/2018 | $15.00 | $833.73 | PP-INSPECTION EXTERIOR |
| ☑ | 06/20/2018 | $15.00 | $848.73 | PP-INSPECTION EXTERIOR |
| ☑ | 08/10/2018 | $15.00 | $863.73 | PP-INSPECTION EXTERIOR |
| ☑ | 08/10/2018 | $15.00 | $878.73 | PP-INSPECTION EXTERIOR |
| ☑ | 08/15/2018 | $15.00 | $893.73 | PP-INSPECTION EXTERIOR |
| ☑ | 08/30/2018 | $15.00 | $908.73 | PP-INSPECTION EXTERIOR |
| ☑ | 10/12/2018 | $15.00 | $923.73 | PP-INSPECTION EXTERIOR |
| ☑ | 10/30/2018 | $15.00 | $938.73 | PP-INSPECTION EXTERIOR |
| ☑ | 12/13/2018 | $15.00 | $953.73 | PP-INSPECTION EXTERIOR |
| ☑ | 01/10/2019 | $15.00 | $968.73 | PP-INSPECTION EXTERIOR |
| ☑ | 01/31/2019 | $15.00 | $983.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/02/2019 | $15.00 | $998.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/10/2019 | $255.00 | $1,253.73 | PP-VACANT PROP REG CITY/CNTY |
| ☑ | 04/11/2019 | $15.00 | $1,268.73 | PP-INSPECTION EXTERIOR |
| ☑ | 05/14/2019 | $15.00 | $1,283.73 | PP-INSPECTION EXTERIOR |
| ☑ | 06/18/2019 | $15.00 | $1,298.73 | PP-INSPECTION EXTERIOR |
| ☑ | 07/18/2019 | $15.00 | $1,313.73 | PP-INSPECTION EXTERIOR |
| ☑ | 08/13/2019 | $15.00 | $1,328.73 | PP-INSPECTION EXTERIOR |
| ☑ | 09/11/2019 | $15.00 | $1,343.73 | PP-INSPECTION EXTERIOR |
| ☑ | 09/11/2019 | $260.00 | $1,603.73 | PP-VACANT PROP REG CITY/CNTY |
| ☑ | 09/17/2019 | $30.00 | $1,633.73 | TAX OUT OF CYCLE REDEMPTION |
| ☑ | 11/27/2019 | $15.00 | $1,648.73 | PP-INSPECTION EXTERIOR |
| ☑ | 03/26/2020 | $15.00 | $1,663.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/06/2020 | $25.00 | $1,688.73 | PP-DEBRIS REMOVE I/E HUD ALLOW |
| ☑ | 04/07/2020 | $1,430.00 | $3,118.73 | PP-HEALTH HAZARD REMOVAL/MOLD |
| ☑ | 04/16/2020 | $15.00 | $3,133.73 | PP-INSPECTION EXTERIOR |
| ☑ | 04/27/2020 | $50.00 | $3,183.73 | PP-HEALTH HAZARD REMOVAL I/E |
| ☑ | 04/27/2020 | $60.00 | $3,243.73 | PP-LOCK CHANGE |
| ☑ | 04/27/2020 | $140.00 | $3,383.73 | PP-REPAIR - EMERGENCY REPAIRS |
| ☑ | 04/27/2020 | $150.00 | $3,533.73 | PP-REPAIR - PLUMBING REPAIRS |
| ☑ | 04/27/2020 | $125.00 | $3,658.73 | PP-WINTERIZE-DEWINTERIZE |
| ☑ | 05/11/2020 | $600.00 | $4,258.73 | PP-DEBRIS REMOVE I/E HUD ALLOW |
| ☑ | 05/13/2020 | $20.00 | $4,278.73 | PP-INTERIOR INSPECTION |
| ☑ | 05/13/2020 | $95.00 | $4,373.73 | PP-LAWN CARE RECUT |
| ☑ | 05/26/2020 | $20.00 | $4,393.73 | PP-INTERIOR INSPECTION |
| ☑ | 06/02/2020 | $95.00 | $4,488.73 | PP-LAWN CARE RECUT |
| ☑ | 06/16/2020 | $500.00 | $4,988.73 | PP-DEBRIS REMOVE I/E HUD ALLOW |
| ☑ | 06/16/2020 | $1,150.00 | $6,138.73 | PP-DEBRIS REMOVE I/E HUD ALLOW |
| ☑ | 06/16/2020 | $30.00 | $6,168.73 | PP-HEALTH HAZARD REMOVAL I/E |
| ☑ | 06/16/2020 | $100.00 | $6,268.73 | PP-HEALTH HAZARD REMOVAL I/E |
| ☑ | 06/16/2020 | $140.00 | $6,408.73 | PP-HEALTH HAZARD REMOVAL I/E |
| ☑ | 06/16/2020 | $95.00 | $6,503.73 | PP-LAWN CARE RECUT |

| | Date | Amount | Balance | Description |
|---|---|---|---|---|
| ☑ | 06/16/2020 | $150.00 | $6,653.73 | PP-REPAIR - EMERGENCY REPAIRS |
| ☑ | 06/16/2020 | $400.00 | $7,053.73 | PP-REPAIR - EMERGENCY REPAIRS |
| ☑ | 06/16/2020 | $1,050.00 | $8,103.73 | PP-REPAIR - EMERGENCY REPAIRS |
| ☑ | 06/16/2020 | $120.00 | $8,223.73 | PP-TRIM SHRUBS |
| ☑ | 06/16/2020 | $300.00 | $8,523.73 | PP-TRIM SHRUBS |
| ☑ | 06/16/2020 | $80.00 | $8,603.73 | PP-TRIP CHARGE |
| ☑ | 06/22/2020 | $15.00 | $8,618.73 | PP-INSPECTION EXTERIOR |
| ☑ | 06/23/2020 | $95.00 | $8,713.73 | PP-LAWN CARE RECUT |
| ☑ | 07/10/2020 | $15.00 | $8,728.73 | PP-INSPECTION EXTERIOR |
| ☑ | 07/10/2020 | $95.00 | $8,823.73 | PP-LAWN CARE RECUT |
| ☑ | 07/21/2020 | $15.00 | $8,838.73 | PP-INSPECTION EXTERIOR |
| ☑ | 07/21/2020 | $95.00 | $8,933.73 | PP-LAWN CARE RECUT |
| ☑ | 07/29/2020 | $300.00 | $9,233.73 | PP-TRIM SHRUBS |
| ☑ | 07/31/2020 | $275.00 | $9,508.73 | FCL TITLE FEES |

| Description | Amounts |
|---|---|
| FCL TITLE FEES | $275.00 |
| OTHER LEINS (TAS/UTILITIES) | $398.73 |
| PP-DEBRIS REMOVE I/E HUD ALLOW | $2,275.00 |
| PP-HEALTH HAZARD REMOVAL I/E | $320.00 |
| PP-HEALTH HAZARD REMOVAL/MOLD | $1,430.00 |
| PP-INSPECTION EXTERIOR | $780.00 |
| PP-INTERIOR INSPECTION | $40.00 |
| PP-LAWN CARE RECUT | $570.00 |
| PP-LOCK CHANGE | $60.00 |
| PP-REPAIR - EMERGENCY REPAIRS | $1,740.00 |
| PP-REPAIR - PLUMBING REPAIRS | $150.00 |
| PP-TRIM SHRUBS | $720.00 |
| PP-TRIP CHARGE | $80.00 |
| PP-VACANT PROP REG CITY/CNTY | $515.00 |
| PP-WINTERIZE-DEWINTERIZE | $125.00 |
| TAX OUT OF CYCLE REDEMPTION | $30.00 |
| Grand Total | $9,508.73 |



HISTORY OF ACCOUNT
ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

SUSAN P COX
18 WILEY ST
BANGOR, ME 04401

ACCOUNT #
08/03/2020
REPORT ID: 370936

Escrow History only reflects Caliber Home Loans Inc. information. Refer to prior servicer for details of prior transactions.

THIS IS A STATEMENT OF ACTIVITY IN YOUR ESCROW ACCOUNT
FROM 09/18/2018 TO 08/28/2020

| Date | Charge/ Payment | Comments | Insurance Balance | Tax Balance | Unspecified Balance | Escrow Account Balance |
|---|---|---|---|---|---|---|
| 09/18/2018 | ($9,380.37) | Negative Adjustment | $0.00 | $0.00 | ($9,380.37) | ($9,380.37) |
| 11/26/2018 | ($861.00) | Disbursement Homeowners Ins / Condo Master | ($861.00) | $0.00 | ($9,380.37) | ($10,241.37) |
| 01/14/2019 | ($436.89) | Disbursement City/Town/Township | ($861.00) | ($436.89) | ($9,380.37) | ($10,678.26) |
| 02/12/2019 | ($1,107.33) | Disbursement City/Town/Township | ($861.00) | ($1,544.22) | ($9,380.37) | ($11,785.59) |
| 04/05/2019 | ($30.00) | Escrow Payment Reversal | ($861.00) | ($1,544.22) | ($9,410.37) | ($11,815.59) |
| 08/27/2019 | ($1,185.65) | Disbursement City/Town/Township | ($861.00) | ($2,729.87) | ($9,410.37) | ($13,001.24) |
| 09/16/2019 | ($870.00) | Disbursement Homeowners Ins / Condo Master | ($1,731.00) | ($2,729.87) | ($9,410.37) | ($13,871.24) |
| 09/24/2019 | $30.00 | Escrow Payment | ($1,731.00) | ($2,729.87) | ($9,380.37) | ($13,841.24) |
| 02/19/2020 | ($1,185.65) | Disbursement City/Town/Township | ($1,731.00) | ($3,915.52) | ($9,380.37) | ($15,026.89) |

| Description | Amounts |
|---|---|
| Insurance Balance | ($1,731.00) |
| Homeowner's Ins | ($1,731.00) |
| Flood | $0.00 |
| Earthquake | $0.00 |
| Windstorm | $0.00 |
| Mortgage Insurance | $0.00 |
| Undefined | $0.00 |
| Tax Balance | ($3,915.52) |
| Assessments | $0.00 |
| County | $0.00 |
| City/Town/Township | ($3,915.52) |
| School | $0.00 |
| Municipal District | $0.00 |
| Ground Rent | $0.00 |
| HOA/Condo Dues | $0.00 |
| Undefined | $0.00 |
| Unspecified Balance | ($9,380.37) |
| Overall Balance | ($15,026.89) |
| Uncollected Escrow Shortage | $0.00 |
| Escrow Balance Total | ($15,026.89) |

Should you have any further questions regarding your account please call us toll free at 1-800-772-9760.